UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 20-10101-CIV-KING/REID

FRANCISCO RODRIGUEZ CRUZ,

    Plaintiff,

v.

DEPUTY CARRERAS,

    Defendant.

_____/

### **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the October 1, 2020 Report and Recommendation ("R&R") (DE 5) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by October 15, 2020; none were filed.

The R&R recommends dismissing Plaintiff's action as duplicative of the Plaintiff's prior pending civil rights action, *Cruz Rodriguez v. Brady, et al.*, No. 20-10093-CV-Moore. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED:**

1. Magistrate Judge Lisette M. Reid's October 1, 2020 Report and Recommendation **(DE 5)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's claim under 42 U.S.C. § 1983 **(DE 1)** is hereby **DISMISSED**; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of October, 2020.

                                                                         JAMES LAWRENCE KING
                                                                         UNITED STATES DISTRICT JUDGE

**cc:**
      **All counsel of record**